## Dorothy E. Thorne, Appellee, v. Solve K. Thorne, Appellant.

Gen. No. 42,269.

Heard in second division, first district, this court at June term, 1942; opinion filed November 17, 1942. Coburn, McDonnell & Coburn, for appellant; Cohon & Goldstein, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."

## James T. Walker, Appellee, v. Guy A. Thompson, Trustee, Appellant.

Heard in this court at October term, 1942; opinion filed November 19, 1942. Whitnel, Browning, Listeman & Walker, for appellant; T. T. Railey, of counsel; Mark D. Eagleton, McGlynn & McGlynn and Paul Farthing, for appellee. Opinion by JUSTICE STONE. "Not to be published in full."